# EXHIBIT "D"

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

## US Patent 6,744,818 Versus Xfinity Cable TV Video Encoding



*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| |
|---|
| 1. A video encoding system comprising: |
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; |
| an encoder adapted to encode said current frame; |
| a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and |
| a filter unit adapted to filter said pixel at least according to said compression dependent threshold. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | |
|---|---|
| A video encoding system comprising: | <br><br>"Advanced Video Coding (AVC), also referred to as H.264 or MPEG-4 Part 10, Advanced Video Coding (MPEG-4 AVC), is a video compression standard based on block-oriented, motion-compensated integer-DCT coding."<br><br>https://en.wikipedia.org/wiki/Advanced_Video_Coding |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | |
|---|---|
| A video encoding system comprising: | https://www.xfinity.com/support/articles/what-is-high-definition-tv-hdtv<br><br>**What is HDTV and What You Need to Get It**<br><br>What is HDTV? Just the biggest advancement in TV technology since color replaced black and white.<br><br>…<br><br>**The Comcast HD Advantage: Choices**<br><br>With Comcast HD, you can watch more than 1,000 programs in HD on your channel lineup and through Xfinity On Demand. Comcast HD choices include:<br><br>• New release movies (pay movies)<br>• Free movies<br>• Top network shows<br><br>"High Definition TV" uses the H.264 "High Profile": https://www.rgb.com/h264-profiles<br><br>**High Profile**<br><br>H.264 High Profile is the most efficient and powerful profile in the H.264 family, and is the primary profile for broadcast and disc storage, particularly for HDTV and Bluray disc storage formats. It can achieve a compression ratio of about 2000:1. The High Profile also uses an adaptive transform that can select between 4x4 or 8x8-pixel blocks. For example, 4x4 blocks are used for portions of the picture that are dense with detail, while portions that have little detail are compressed using 8x8 blocks. The result is the preservation of video image quality while reducing network bandwidth requirements by up to 50 percent. By applying H.264 High Profile compression, a 1 Gbps stream can be compressed to about 512 Kbps. |

4

## Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 286<br><br>The "High Profile" includes the use of bit_depth_luma and bit_depth_chroma:<br><br>**A.2.4  High profile**<br><br>Bitstreams conforming to the High profile shall obey the following constraints:<br>– Only I, P, and B slice types may be present.<br>– NAL unit streams shall not contain nal_unit_type values in the range of 2 to 4, inclusive.<br>– Arbitrary slice order is not allowed.<br>– Picture parameter sets shall have num_slice_groups_minus1 equal to 0 only.<br>– Picture parameter sets shall have redundant_pic_cnt_present_flag equal to 0 only.<br>– Sequence parameter sets shall have chroma_format_idc in the range of 0 to 1 inclusive.<br>– **Sequence parameter sets shall have bit_depth_luma_minus8 equal to 0 only.**<br>– **Sequence parameter sets shall have bit_depth_chroma_minus8 equal to 0 only.** |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 40<br><br>The "High Profile" includes the use of bit_depth_luma and bit_depth_chroma, which are used for the visual perception estimator:<br><br>7.3.2.1.1 Sequence parameter set data syntax<br><br>{Note: "High Profile", and others} → highlights `if( profile_idc == 100 \|\| profile_idc == 110 \|\| profile_idc == 122 \|\| profile_idc == 244 \|\| profile_idc == 44 \|\| profile_idc == 83 \|\| profile_idc == 86 ) {`<br><br>Table showing seq_parameter_set_data() syntax with fields: profile_idc u(8), constraint_set0_flag u(1), constraint_set1_flag u(1), constraint_set2_flag u(1), constraint_set3_flag u(1), reserved_zero_4bits u(4), level_idc u(8), seq_parameter_set_id ue(v), chroma_format_idc ue(v), separate_colour_plane_flag u(1), **bit_depth_luma_minus8 ue(v)**, **bit_depth_chroma_minus8 ue(v)** (highlighted with red dashed box). |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items  pg. 201 - 202<br><br>**8.7.2.2 Derivation process for the thresholds for each block edge**<br><br>Inputs to this process are:<br>– the input sample values $p_0$, $q_0$, $p_1$ and $q_1$ of a single set of samples across an edge that is to be filtered,<br>– the variables chromaEdgeFlag and bS, for the set of input samples, as specified in clause 8.7.2,<br>– the variables filterOffsetA, filterOffsetB, $qP_p$, and $qP_q$.<br><br>Outputs of this process are the variable filterSamplesFlag, which indicates whether the input samples are filtered, the value of indexA, and the values of the threshold variables $\alpha$ and $\beta$.<br><br>The variables $\alpha'$ and $\beta'$ depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables $\alpha$ and $\beta$ are derived as follows:<br><br>– If chromaEdgeFlag is equal to 0,<br><br>$\alpha = \alpha' * (1 << ( BitDepth_Y - 8 ) )$  (8-456)<br>$\beta = \beta' * (1 << ( BitDepth_Y - 8 ) )$  (8-457)<br><br>– Otherwise (chromaEdgeFlag is equal to 1),<br><br>$\alpha = \alpha' * (1 << ( BitDepth_C - 8 ) )$  (8-458)<br>$\beta = \beta' * (1 << ( BitDepth_C - 8 ) )$  (8-459)<br><br>{Note: The threshold values of alpha and beta are based on bit_depth parameters for both chromacity (symbolized by c) and luminance (symbolized by y), which is also shown on the next slide. } |

## Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | — If chromaEdgeFlag is equal to 0,  Pg. 202  https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items  $$\alpha = \alpha' * (1 << (BitDepth_Y - 8))$$  $$\beta = \beta' * (1 << (BitDepth_Y - 8))$$  — Otherwise (chromaEdgeFlag is equal to 1),  $$\alpha = \alpha' * (1 << (BitDepth_C - 8))$$  $$\beta = \beta' * (1 << (BitDepth_C - 8))$$  Pg. 67-68  **bit_depth_luma_minus8** specifies the bit depth of the samples of the luma array and the value of the luma quantisation parameter range offset $QpBdOffset_Y$, as specified by  $$BitDepth_Y = 8 + bit\_depth\_luma\_minus8 \qquad (7\text{-}2)$$  $$QpBdOffset_Y = 6 * bit\_depth\_luma\_minus8 \qquad (7\text{-}3)$$  When bit_depth_luma_minus8 is not present, it shall be inferred to be equal to 0. bit_depth_luma_minus8 shall be in the range of 0 to 6, inclusive.  **bit_depth_chroma_minus8** specifies the bit depth of the samples of the chroma arrays and the value of the chroma quantisation parameter range offset $QpBdOffset_C$, as specified by  $$BitDepth_C = 8 + bit\_depth\_chroma\_minus8 \qquad (7\text{-}4)$$  $$QpBdOffset_C = 6 * (bit\_depth\_chroma\_minus8 + residual\_colour\_transform\_flag) \qquad (7\text{-}5)$$  When bit_depth_chroma_minus8 is not present, it shall be inferred to be equal to 0. bit_depth_chroma_minus8 shall be in the range of 0 to 6, inclusive. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | |
|---|---|
| an encoder adapted to encode said current frame; | http://www.fastvdo.com/spie04/spie04-h264OverviewPaper.pdf<br><br>Fig. 1: High-level encoder architecture |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | |
|---|---|
| a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 201 - 202<br><br>**8.7.2.2   Derivation process for the thresholds for each block edge**<br><br>Inputs to this process are:<br>– the input sample values $p_0$, $q_0$, $p_1$ and $q_1$ of a single set of samples across an edge that is to be filtered,<br>– the variables chromaEdgeFlag and bS, for the set of input samples, as specified in clause 8.7.2,<br>– the variables filterOffsetA, filterOffsetB, $qP_p$, and $qP_q$.<br><br>Outputs of this process are the variable filterSamplesFlag, which indicates whether the input samples are filtered, the value of indexA, and the values of the threshold variables α and β.<br><br>The variables α′ and β′ depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables α and β are derived as follows:<br><br>– If chromaEdgeFlag is equal to 0,<br><br>$\alpha = \alpha' * (1 << (BitDepth_Y - 8))$   (8-456)<br><br>$\beta = \beta' * (1 << (BitDepth_Y - 8))$   (8-457)<br><br>*{Note: Compression dependent threshold of alpha' and beta' are shown on next slide.}*<br><br>– Otherwise (chromaEdgeFlag is equal to 1),<br><br>$\alpha = \alpha' * (1 << (BitDepth_C - 8))$   (8-458)<br><br>$\beta = \beta' * (1 << (BitDepth_C - 8))$   (8-459)<br><br>The variable filterSamplesFlag is derived by<br><br>*{Note: alpha and beta in "filterSamplesFlag" are generated by alpha' and beta', as shown above.}*<br><br>filterSamplesFlag = ( bS != 0 ) && Abs( $p_0 - q_0$ ) < α && Abs( $p_1 - p_0$ ) < β && Abs( $q_1 - q_0$ ) < β )   (8-470) |

10

## *Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | | |
|---|---|---|
| a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and | The variables α' and β' depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables α and β are derived as follows.<br><br>– If chromaEdgeFlag is equal to 0,<br>$$\alpha = \alpha' * (1 << (BitDepth_Y - 8))  \quad (8\text{-}466)$$<br>$$\beta = \beta' * (1 << (BitDepth_Y - 8))  \quad (8\text{-}467)$$<br><br>– Otherwise (chromaEdgeFlag is equal to 1),<br>$$\alpha = \alpha' * (1 << (BitDepth_C - 8))  \quad (8\text{-}468)$$<br>$$\beta = \beta' * (1 << (BitDepth_C - 8))  \quad (8\text{-}469)$$<br><br>The variable filterSamplesFlag is derived by<br>$$\text{filterSamplesFlag} = (bS \ne 0\ \&\&\ \text{Abs}(p_0 - q_0) < \alpha\ \&\&\ \text{Abs}(p_1 - p_0) < \beta\ \&\&\ \text{Abs}(q_1 - q_0) < \beta)  \quad (8\text{-}470)$$<br><br>Table 8-16 – Derivation of offset dependent threshold variables α' and β' from indexA and indexB<br><br>indexA (for α') or indexB (for β'): 0–25<br>α': 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 4 4 5 6 7 8 9 10 12 13<br>β': 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 2 2 3 3 3 3 4 4 4<br><br>Table 8-16 (concluded) – Derivation of indexA and indexB from offset dependent threshold variables α' and β'<br><br>indexA (for α') or indexB (for β'): 26–51<br>α': 15 17 20 22 25 28 32 36 40 45 50 56 63 71 80 90 101 113 127 144 162 182 203 226 255 255<br>β': 6 6 7 7 8 8 9 9 10 10 11 11 12 12 13 13 14 14 15 15 16 16 17 17 18 18 | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items<br><br>Pg. 202<br><br>{Note: The values of IndexA and IndexB from "0" to "51" are for the "QP" value or "quantization parameter", which specifies the level of compression. See next slide} |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | |
|---|---|
| a compression dependent threshold estimator **adapted to estimate a compression dependent threshold** for said pixel at least from said perception threshold and information from said encoder; and | **What is the Constant Rate Factor?**  https://slhck.info/video/2017/02/24/crf-guide.html<br><br>The Constant Rate Factor (CRF) is the default quality (and rate control) setting for the x264 and x265 encoders, and it's also available for libvpx. With x264 and x265, you can set the values between 0 and 51, where lower values would result in better quality, at the expense of higher file sizes. Higher values mean more compression, but at some point you will notice the quality degradation.<br><br>https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items pg. 201<br><br>Let $qP_{av}$ be a variable specifying an average quantisation parameter. It is derived as follows.<br><br>$qP_{av} = ( qP_p + qP_q + 1 ) >> 1$     (8-463)<br>...<br>$indexA = Clip3( 0, 51, qP_{av} + filterOffsetA )$     (8-464)<br><br>Table 8-16 – Derivation of offset dependent threshold variables α' and β' from indexA and indexB<br><br>Pg. 202<br><br>{Note: The values "0" to "51" *specify the level of compression*. } |

Table 8-16 – Derivation of offset dependent threshold variables α' and β' from indexA and indexB

| indexA (for α') or indexB (for β') | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| α' | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 12 | 13 |
| β' | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 |

Table 8-16 (concluded) – Derivation of indexA and indexB from offset dependent threshold variables α' and β'

| indexA (for α') or indexB (for β') | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 |
| α' | | | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | 17 | 20 | 22 | 25 | 28 | 32 | 36 | 40 | 45 | 50 | 56 | 63 | 71 | 80 | 90 | 101 | 113 | 127 | 144 | 162 | 182 | 203 | 226 | 255 | 255 |
| β' | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Comcast*

| Claim 1 | |
|---|---|
| a filter unit adapted to filter said pixel at least according to said compression dependent threshold. | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items <br><br> *{Note: "filterSampleFlag" is compression dependent threshold estimator for compression dependent threshold of alpha' and beta', as shown on slide 11. }* <br><br> G.8.7.4.2 SVC filtering process for a set of samples across a horizontal or vertical block edge … <br><br> Depending on the variable filterSamplesFlag, the following applies:    Pg. 498-499 <br><br> — If filterSamplesFlag is equal to 1, the following applies: <br>  — If bS is less than 4, the process specified in clause 8.7.2.3 is invoked with $p_i$ and $q_i$ ($i = 0..2$), chromaEdgeFlag, bS, β, and indexA given as input, and the output is assigned to $p'_i$ and $q'_i$ ($i = 0..2$). <br>  — Otherwise (bS is equal to 4), the process specified in clause 8.7.2.4 is invoked with $p_i$ and $q_i$ ($i = 0..3$), chromaEdgeFlag, α, and β given as input, and the output is assigned to $p'_i$ and $q'_i$ ($i = 0..2$). <br> — Otherwise (filterSamplesFlag is equal to 0), the filtered result samples $p'_i$ and $q'_i$ ($i = 0..2$) are replaced by the corresponding input samples $p_i$ and $q_i$: <br><br> for $i = 0..2$,    $p'_i = p_i$    (G-357) <br> for $i = 0..2$,    $q'_i = q_i$    (G-358) <br><br> Pg. 202 <br><br> The variable filterSamplesFlag is derived by <br><br> filterSamplesFlag = ( bS != 0 && Abs($p_0 - q_0$) < α && Abs($p_1 - p_0$) < β && Abs($q_1 - q_0$) < β )    (8-470) |