# EXHIBIT "E"

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,807,568 by Comcast*

## US Patent 6,807,568 Versus Xfinity Streaming Apps




1

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,807,568 by Comcast*

1. A method of delivering information to a requesting user, said method comprising the steps of:

   making a request available to information providers by a user that said user desires certain information content;

   accessing said request by any information provider other than said user and wherein said accessing is under control of said accessing information provider independent from said user;

   determining by said information provider whether said information provider has control of information content that said user desires; and

   under at least partial control of said determining step delivering said information content which is under the control of said information provider and which information content is desired by said user.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,807,568 by Comcast*

| Claim 1 | |
|---|---|
| A method of delivering information to a requesting user, said method comprising the steps of: | Source: https://www.xfinity.com/support/articles/x1-flex-paid-movies-apps<br><br>**Learn More About Our Paid Xfinity X1 and Xfinity Flex Apps**<br><br>Xfinity X1 and Xfinity Flex provide a one-stop shop for the best content with Netflix, Amazon Prime Video, Hulu, NBCUniversal's new video service Peacock, and more, all just a voice command away.<br><br>From X1 for an "all in" entertainment experience, to Flex for those who prefer streaming content, we have a range of options that make it easy for you to access the content you want, when you want it.<br><br>To use these apps, you'll need:<br><br>• A compatible X1 TV Box (RNG150s and some other TV Boxes may not be supported) as part of your Xfinity TV service, or a compatible Flex streaming TV Box with Xfinity Flex service.<br>• Xfinity Internet service (any level).<br>• A subscription to the app you wish to use. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,807,568 by Comcast*

| Claim 1 | |
|---|---|
| making a request available to information providers by a user that said user desires certain information content; | Source: https://www.xfinity.com/support/articles/x1-flex-paid-movies-apps<br><br>{Request below is shown for Amazon Prime Video, but equivalent steps are taken to access apps for all premium channel apps.}<br><br>**Accessing and Navigating the Apps**<br><br>1. Press the **Xfinity** button on your Voice Remote.<br>2. Select **Apps**.<br>3. Select the section and app of your choice by pressing **OK** or the center of the directional pad on your Voice Remote. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,807,568 by Comcast*

| Claim 1 | |
|---|---|
| accessing said request by any information provider other than said user and wherein said accessing is under control of said accessing information provider independent from said user; | Source: https://www.xfinity.com/support/articles/x1-flex-paid-movies-apps<br><br>{Request is shown for Amazon Prime, but equivalent steps are taken to access apps for all premium channel apps.}<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,807,568 by Comcast*

| Claim 1 | | |
|---|---|---|
| determining by said information provider whether said information provider has control of information content that said user desires; and | <br><br>2. Select **Sign in and start watching**.<br><br>3. You'll see the screen: "Sign in your Xfinity device with your Amazon account to watch and purchase videos. On your computer, go to: amazon.com/mytv."<br>   ○ On your computer or mobile device, go to amazon.com/mytv and sign in to your Amazon account.<br><br><br><br>4. After signing in to your Amazon account on your computer or mobile device, enter the pairing code shown on your TV Box into the Amazon website. Once confirmed, your TV will automatically update.<br>5. You're now ready to watch Prime Video on X1 and Flex! | https://www.xfinity.com/support/articles/xfinity-x1-amazon-prime-video<br><br><br><br><br><br><br><br><br><br>{e.g. control of information content is determined at least based on the user account/pairing code entered} |

6

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,807,568 by Comcast*

| Claim 1 | |
|---|---|
| under at least partial control of said determining step delivering said information content which is under the control of said information provider and which information content is desired by said user. | Source: https://www.xfinity.com/support/articles/xfinity-x1-amazon-prime-video<br><br>4. After signing in to your Amazon account on your computer or mobile device, enter the pairing code shown on your TV Box into the Amazon website. Once confirmed, your TV will automatically update.<br>5. You're now ready to watch Prime Video on X1 and Flex!<br><br>http://blog.bundledeals.com/2018/08/prime-video-carried-comcast/<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,807,568 by Comcast*

| Claim 1 | |
|---|---|
| under at least partial control of said determining step delivering said information content which is under the control of said information provider and which information content is desired by said user. | Source: https://www.xfinity.com/support/articles/x1-flex-paid-movies-apps  |

8