# EXHIBIT "F"

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

## US Patent 8,160,980 Versus Xfinity TV Guide with "For You"







*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

1. An information system based on time, space and relevance, said system comprising:

    a client that displays information in a user-friendly manner;

    a proxy that handles the collection and parsing of data;

    a server that gathers usage data from the client;

    a data mining cluster that allows for user profiling and time, space and relevance analysis;

    a set of information channels, which are periodically updated, and upon which automatic suggestions are given based on a user profile.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| An information system based on time, space and relevance, said system comprising: | Source: https://www.ciscopress.com/articles/article.asp?p=2832406&seqNum=4<br><br>{Overview of a cable TV and IP system, which Comcast and subsidiaries would operate. Some servers shown below can be reached by apps on mobile devices.}<br><br>[Diagram showing: Servers (Provisioning, Cache, Web, Email), Headend, CMTS, Fiber, Node, Distribution Area, Cable Modem, Coaxial Cable] |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| An information system based on **time**, **space** and **relevance**, said system comprising: | Source: https://www.xfinity.com/~/media/files/welcome%20kits/english/video/bar%20osg%202020%20ig<br><br>{Note: "Space" represents geographical location, where the available channels shown vary by city. "Favorites" are an example of relevance.}<br><br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| a client that displays information in a user-friendly manner; | Source: https://www.xfinity.com/~/media/files/welcome%20kits/english/video/bar%20osg%2020%20ig  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| a proxy that handles the collection and parsing of data; | Source: https://fccid.io/ACQ-XG1V4/Internal-Photos/Internal-Photos-3375528 . <br><br> Xfinity uses the Arris XG1V4 as a cable box: https://www.xfinity.com/support/articles/x1-hub-vs-companion-box <br><br> A proxy as described in patent specification can be firmware operating within the SoC depicted below. <br><br>  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| a server that gathers usage data from the client; | Wireshark packet capture for accessing Xfinity services. An example server address for Xfinity is shown below. Usage information from the client would be sent to the server, where some data is shown as encrypted.<br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| a server that gathers usage data from the client; | https://www.xfinity.com/learn/digital-cable-tv/overview |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| **a data mining cluster** that allows for user profiling and time, space and relevance analysis; | Source: https://www.ciscopress.com/articles/article.asp?p=2832406&seqNum=4 |

9

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| a data mining cluster that allows for user profiling and time, space and relevance analysis; | Source: https://www.xfinity.com/~/media/files/welcome%20kits/english/video/bar%20osg%2020%20ig<br><br>{Note: "Space" represents geographical location, where the available channels shown vary by city. "Favorites" are an example of relevance.}<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 8,160,980 by Comcast*

| Claim 1 | |
|---|---|
| a set of information channels, which are periodically updated, and upon which automatic suggestions are given based on a user profile. | https://www.xfinity.com/hub/tv-video/x1-for-you<br><br>{Note: The recommendations would be based on a user profile such as previously watched programming for the user, favorites, etc.}<br><br>**NOVEMBER 14, 2019**<br><br>Introducing "For You" on Xfinity X1: Personalized Content Curated Just for You |